David G. Hosenpud, OSB No. 832414
hosenpudd@lanepowell.com
Heather St.Clair, OSB No. 154252
stclairh@lanepowell.com
Hannah A. Ard, *admitted pro hac vice*
ardh@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| TINA ALONZO ESTRADA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVALON HEALTH CARE HEARTHSTONE LLC, AVALON HEALTH CARE ROYALE GARDENS LLC, STAFFERS LLC, and AVALON HEALTH CARE, INC. d/b/a AVALON HEALTH CARE GROUP,<br><br>Defendants. | Case No. 1:21-cv-00688-CL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF SHIRLEY BURSEY** |

Counsel for the Plaintiff and Defendants hereby stipulate and file this Joint Rule 41 Dismissal without Prejudice as follows as to Opt-In Plaintiff Shirley Bursey:

1. Opt-In Plaintiff dismisses her claims pursuant to Fed. R. Civ. Proc. 41.

2. Each party is to bear their own fees and costs.

PAGE 1 – STIPULATION AND ORDER OF DISMISSAL OF SHIRLEY BURSEY

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

130428.0059/9198766.1

3. The Parties agree and hereby stipulate Ms. Bursey's claims are being pursued in arbitration and there is no just reason for delay in entering an order dismissing Ms. Bursey without prejudice from this action. Dismissal of Opt-in Plaintiff Bursey's claims are effective upon the filing of this notice.

DATED this 30th day of November, 2022.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

By /s/ Dana L. Sullivan
Dana L. Sullivan, OSB No. 944834
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: (503) 974-5023
Fax: (971) 230-0337
dana@baaslaw.com

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By /s/ Jordyn D. Rystrom Emmert
Carolyn H. Cottrell (*pro hac vice*)
Samantha A. Smith (*pro hac vice*)
Jordyn D. Rystrom Emmert (*pro hac vice*)
Ved D. Chitale (*pro hac vice*)
2000 Powell St, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
sasmith@schneiderwallace.com
jemmert@schneiderwallace.com
vchitale@schneiderwallace.com

Attorneys for Plaintiff

LANE POWELL PC

By /s/ Heather St.Clair
David G. Hosenpud, OSB No. 832414
Heather St.Clair, OSB No. 154252
Hannah A. Ard, *admitted pro hac vice*
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200
hosenpudd@lanepowell.com
stclairh@lanepowell.com
ardh@lanepowell.com

Attorneys for Defendants

PAGE 2 – STIPULATION AND ORDER OF DISMISSAL OF SHIRLEY BURSEY

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

130428.0059/9198766.1

## ORDER

This matter comes before the court upon the stipulation and agreement of the parties for an order dismissing Opt-in Shirley Bursey from the above-entitled action without prejudice and with each party responsible for bearing their own fees and costs, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that Shirley Bursey is hereby DISMISSED from this action, without prejudice, with each party to bear their own fees and costs.

DATED this 1st day of December, 2022.

*/s/ Mark D. Clarke*
MARK D. CLARKE
United States Magistrate Judge

Presented by:

**BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP**
By */s/ Dana L. Sullivan*
   Dana L. Sullivan, OSB No. 944834

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

By */s/ Jordyn D. Rystrom Emmert*
   Carolyn H. Cottrell, *pro hac vice*
   Samantha A. Smith, *pro hac vice*
   Jordyn D. Rystrom Emmert, *pro hac vice*
   Taylor A. Jones, *pro hac vice*
   Ved D. Chitale, *pro hac vice*

Attorneys for Plaintiff

**LANE POWELL PC**

By */s/ Heather St.Clair*
   David G. Hosenpud, OSB No. 832414
   Heather St.Clair, OSB No. 154252
   Hannah A. Ard, *admitted pro hac vice*
Attorneys for Defendants

PAGE 3 – STIPULATION AND ORDER OF DISMISSAL OF SHIRLEY BURSEY

130428.0059/9198766.1

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200