IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TINA ALONZO ESTRADA, on behalf of herself and all others similarly situated,

Plaintiff,

v.

AVALON HEALTH CARE HEARTHSTONE, LLC, AVALON HEALTH CARE ROYALE GARDENS, LLC, STAFFERS, LLC, AVALON HEALTH CARE, INC. d/b/a AVALON HEALTH CARE GROUP, AVALON HEALTH CARE MANAGEMENT, INC., and AVALON HEALTH CARE MANAGEMENT OF OREGON, LLC,

Defendants.

Case No. 1:21-cv-688-CL

**Order**

**CLARKE**, Magistrate Judge.

Plaintiff Tina Alonzo Estrada ("Plaintiff") brings this case on behalf of herself and all others similarly situated against Defendants Avalon Health Care Hearthstone, LLC, Avalon Health Care Royale Gardens, LLC, Staffers, LLC, Avalon Health Care, Inc. d/b/a Avalon Health Care Group, Avalon Health Care Management, Inc., and Avalon Health Care Management of Oregon, LLC ("Avalon Defendants"). Plaintiff alleges Defendants violated the Fair Labor Standards Act ("FLSA") and Oregon wage statutes. This case comes before the Court on Defendants' motion for a protective order (ECF # 222). The Court held a hearing to discuss this motion on March 27, 2025. For the reasons below, Defendants' motion is DENIED.

## DISCUSSION

The Court previously recommended granting Plaintiff's motion for FLSA conditional certification of both collectives, which Judge Aiken affirmed. The Court is not persuaded that the limited discovery currently being sought in preparation for mediation or notice to the proposed classes is overly burdensome. Additionally, Plaintiff is entitled to seek this discovery under the possession or control of all named Defendants.

Defendants may be able to again raise issues regarding the statute of limitations as it relates to the FLSA at another procedural stage of this case.

For the above reasons, Defendants' motion is DENIED.

IT IS SO ORDERED and DATED this 28 day of March, 2025.

MARK D. CLARKE
United States Magistrate Judge