# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

TINA ALONZO ESTRADA, on )
behalf of herself and all )
others similarly situated, ) No.
Plaintiff, ) 1:21-cv-00688-CL
vs )
AVALON HEALTH CARE )
HEARTHSTONE LLC, AVALON )
HEALTH CARE ROYALE GARDENS )
LLC, STAFFERS LLC, and )
AVALON HEALTH CARE, INC. )
d/b/a AVALON HEALTH CARE )
GROUP, )
Defendants. )

DEPOSITION VIA VIDEOCONFERENCE OF
TINA ALONZO ESTRADA

Taken in behalf of the Defendants

September 21, 2022

C E R T I F I C A T E

I, Chris Villano Iba, a Certified Shorthand Reporter of the State of Oregon, do hereby certify that TINA ALONZO ESTRADA appeared before me via videoconference at the time and place mentioned in the caption herein; that the witness was first duly sworn on oath, and examined upon oral interrogatories propounded by counsel; that said examination, together with the testimony of said witness, was taken down by me in stenotype and thereafter reduced to print; and that the foregoing transcript, Pages 1 to 232, inclusive, constitutes a full, true and accurate record of said examination of and testimony by said witness, and of all other oral proceedings had during the taking of said proceedings, and of the whole thereof.

Witness my hand and seal as Certified Shorthand Reporter at Portland, Oregon, this 17TH day of October, 2022.

Chris Villano Iba
Certified Shorthand Reporter
Certificate No. 90-0062
Expires September 30, 2024