**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MEDFORD DIVISION**

**TINA ALONZO ESTRADA, on behalf of herself and all others similarly situated,**

Plaintiff,

v.

**AVALON HEALTH CARE HEARTHSTONE LLC; AVALON HEALTH CARE ROYALE GARDENS LLC; STAFFERS LLC; AVALON HEALTH CARE, INC., dba AVALON HEALTH CARE GROUP; AVALON HEALTH CARE MANAGEMENT, INC.; AVALON HEALTH CARE MANAGEMENT OF OREGON, LLC**

Defendants.

No. 1:21-cv-00688-CL

**ORDER**

---

AIKEN, District Judge.

This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Mark Clarke. ECF No. 324. Judge Clarke recommends that Defendants' Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C § 1292(b) and for Partial Stay, ECF No. 299, be denied.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, no party has filed objections to the F&R. The Court has reviewed Judge Clarke's recommendations and finds no error. The F&R is ADOPTED.

## CONCLUSION

Judge Clarke's Findings and Recommendation, ECF No. 324, is ADOPTED. As set forth in the F&R, Defendants' Motion for Certification of Order for Interlocutory Appeal and for Partial Stay, ECF No. 299, is DENIED.

It is so ORDERED and DATED this 1st day of September 2026.

s/ Ann Aiken
ANN AIKEN
United States District Judge